

FILED
JAMES BONINI
CLERK

**10 FEB 19 PM 5: 05** *cmw*

U.S. DISTRICT COURT
SOUTHERN DIST
WEST DIV CINCINNATI

United States District Court
Southern District of ~~████~~ O H I O

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE CURTIS VAN STUYVESAHNT - v - UNITED STATES

(Enter the full name of the plaintiff(s).)        (Enter the full name of the defendant(s).)

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, CURTIS VAN STUYVESAHNT his (*print or type your name*), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

2 — 16 , 20 1 0
*Date Signed*

_____
*Signature of Plaintiff*

N.Y.S.I.D. # 48460089 P

Local Jail/Facility I.D. # 99K4590

Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*

## CERTIFICATE

**(To be completed by the institution of incarceration)**

I certify that the applicant named herein has the sum of $ 1.28 on account to his/her credit at (name of institution) Attica Correctional Facility I further certify that during the past six months the applicant's average monthly balance was $ 5.66 _ and the applicant's average monthly deposits were $ 9.74 . I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s), such as a certificate of deposit or a savings bond. The secondary account(s) balance is $ N/A .

"CERTIFIED BY"

1/4/10
DATE

SIGNATURE OF AUTHORIZED OFFICER

8

```
KICSM80                          ICAS SYSTEM                        01/05/10
                          NYS DEPT OF CORRECTIONS                   14:32:56
                          209-INMATE BALANCE SCREEN
                                        PHONE: ( 716 ) 591 2000 EXT: 2000
        NYSID: 4840089P                   FAX: ( 716 ) 591 2000 EXT: 2099
          DOB: 07/05/54                 CURRENT FACILITY: ATTICA
    FULL NAME: VANSTUYVESANT CURTIS
          DIN: 99A4590            *********************************
                                 *          ENCUMBRANCES          *
                                 *     TOTAL:         875.49       *
    SPENDABLE BALANCE:      1.28 *     COLLECTED:      91.23       *
                                 *     OUTSTANDING:   784.26       *
                                 *********************************

                    SPENDABLE FOR LAST          TOTAL DEPOSITS FOR
                    SIX MONTHS                   LAST SIX MONTHS
        OLDEST           5.25                         11.25
          |              8.43                          9.00
          |              3.27                          8.55
          |              9.27                         10.80
          V              3.40                          8.55
        NEWEST           4.36                         10.35
                                                  NEXT DIN:
    ANOTHER LOOKUP - KEY NEXT DIN PRESS <ENTER>  RETURN TO MENU PRESS <PF3>
```

## AFFIDAVIT

I, C. Van Struyvea declare that I am the (check appropriate box):

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to prepay the full filing fee or the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1.    Are you currently incarcerated?        ☒ Yes        ☐ No

If "Yes", state the place of incarceration: Attica C-8  B 6x 149  Attica NY  14011

(If "No," this is the wrong form for you.  You should request the Non-Prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*.)

2.    Do you have a work, program, status assignment or other circumstances which causes you to be paid by the prison, jail, or other custodial institution?  ☐ Yes        ☒ No

medical unassigned

If "Yes", state the amount credited to you each month: $ 5.00          /month

3.    In the past 12 months have you received any money from the following sources?  If so, state the total amount received.

|   |   |   |   | Amount |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No | $_____ |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No | $_____ |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No | $_____ |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No | $_____ |
| e. | Gifts or inheritances | ☐ Yes | ☒ No | $_____ |
| f. | Any other sources | ☐ Yes | ☒ No | $_____ |

5

If the answer to any of the above is "Yes", describe each source of money and state the amount received **and** what you expect you will continue to receive.

4.    Do you have **any** cash or checking or savings accounts outside the prison?

    ☐Yes        ☒No    Amount $_____

5.    Do you have a secondary savings account, such as a certificate of deposit or a savings bond, which is recorded by the prison cashier?

    ☐Yes        ☒No    Amount $_____

6.    Do you own any assets, including real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ☐Yes        ☒No

If "Yes", describe each asset and state its value.

| ASSET | VALUE |
|---|---|
| Autos _____ | $ N|A |
| (Make/model/year)_____ N|A _____ | |
| Stocks _____ ה ו ה ו ם _____ | $ 0 |
| _____ | $ 0 |
| Bonds _____ ה ו ה ם _____ | $ 0 |
| Notes _____ ה ו ה ם _____ | $ 0 |
| Real Estate _____ ה ו ה ל _____ | $ 0 |
| $_____ (mortgage) | |
| Other _____ N|A _____ | $ 0 |

6

7. Have you on three or more prior occasions, while incarcerated or detained in any prison, jail or other facility, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes        ☐ No

If "Yes," list the dismissals: *[handwritten]* Analysis of the Answers See 28 USC 1651(a) will provide answer

| Date Dismissed | Case Name | Case No. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have submitted above a complete statement of all the assets I possess and that all of the information is true and correct.

I understand that my signature below authorizes the institution of incarceration to forward from my account to the Clerk of the Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint. Thereafter, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account until I have paid the full amount of the filing fee.

*[handwritten]* 2010 CKS
2-16-2010
DATE                                    SIGNATURE OF APPLICANT

**Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of your prison trust fund account statement from the institution(s) of your incarceration showing at least the past six months' transactions.**

7

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF OHIO

In re  UNITED STATES OF AMERICA ex Rel
 CURTIS VAN STUYVESANT,

          Petitioner.

Docket No. **1:10CV111**

DECLARATION IN SUPPORT
TO PROCEED IN FORMA
PAUPERS

 Eric Holder, United States Attorney General, John Ashcroft, Alberto Gonzales, and Michael B Mukasey, Former United States Attorney General, Janet Napolitano, Secretary United States Dept. of Home Land Security, Michael Chertoft, Former Sec United States Department of Home Land Security, Robert Muller, III Director Federal Bureau of Investigation ,Valerie Caproni, General Counsel Federal Bureau of Investigation ,
James Duff Director, and William Burchill, Assistant Director/ Counsel, Administrative, Office of The United States Court,  Mary Jo White, and Michael Garcia Former United States Attorney SDNY, Terrence Flynn, Former United States Attorney WDNY,
John Doe, Assistant Director of FBI New York City Field Offices,John Doe, District ICE New York City District Office, District Counsel ICE New York City District Office, Dennise Jacobs, Judge, Robert Katzman, Judge, Robert Sack, Judge, Barrington Parker Jr., Judge, Rosemary Pooler, Judge, John Walker, Judge, Reena Raggi, Judge,
Richard Wesley, Judge, Catherine O'Hagan Wolf, Clerk, Roseann Mackechnie, Former clerk, United States Court of Appeals for The Second Circuit, Lewis Kaplan, USDJ SDNY, Debra Freeman, USMJ SDNY, David Larimer, USDJ WDNY, Natlie Sobchack, SDNY Pro-se Clerk, Charles Carra, Pro-se Clerk WDNY, Lauri Carra, Lori Reid, Rayne Benz, David P. Chapus, Law Clerks, WDNY

          Respondents

      I, CURTIS VAN STUYVESANT, am the plaintiff in the entitled case. In support of my motion to proceed without being required to prepay fees or costs, or give security thereof. I state that because of my personal poverty I am unable to pay the costs of said proceedings or give security thereof, and I believe I am entitled to redress.

      I declare that the response which I made below are true:

1

1. If you are presently employed state the amount of your salary per month and give the home and address of your employer:

RESPONSE: I have not been employed since 1997, and I was last paid a salary in December, 1996.

2. If you are not presently employed state the date of last employment:

RESPONSE : I was paid $1. 5 million dollars every quarter and net income of 5 million dollars. $5 million dollars a year, which was donated to Immigration Reform Advocates, a public interest law foundation for immigration and human rights advocacy. Fox, Stewart, Van Stuyvesant and Tate et cie, my employer, was a multi-discipline international Anglo- European law firm from 1983 to 1999.

3. Have you received within the past twelve months any money from any of the following sources :

(a) Business, profession or form of self employment? No
(b) Rent payments, interest or dividends? No
(c) Pensions, annuities, or life insurance payments? No
(d) Gifts or inheritance? No
(e) Any form of public assistance? No
(f) Any other sources? No

4. Do you have any cash or money in checking or saving account? No. If the answer is yes, state the total value owned.

2

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property including ordinary household furnishing and clothing? No. If the answer is yes, state total value owned. N/A.

RESPONSE : Plaintiff was forced to liquidate, at a loss, over $9 million dollars worth of assets and property. The proceeds were used to fund continuing legal representation of Fox, Stewart, Van Stuyvesant and Tate et cie, and Immigration Reform Advocates' former clients who were left underrepresented after the New York County District Attorney's office illegal closure of plaintiff's firm's New York City immigration law practice group's office.

6. List the persons who are dependent on you for support. State your relationship to those persons and indicate how much you contribute toward their support at present time.

RESPONSE : Plaintiff has a 24 year old son who is a second year associate in major law firm. He is responsible for his law school and business school student loan. He is also assisting his younger brother financially. Plaintiff also have a twenty-two year old son who recently graduated with a J.D.?MBA. He has a deferred employment for 2010 with major law firm. Plaintiff thirty two year old daughter is also an attorney. She is married with two children. The investment bank where she was employed as a manager director on Wall Street is a casualty of the financial meltdown. Recently, she started a new position in Europe as a principal with a private international equity investment bank. CHASE C. VAN STUYVESANT, son, 11 years old, prep school student.

3

ZOE HARLEIGH VAN STUYVESANT, daughter, 11 years old, prep school student. My current wife is solely responsible for my two younger children's school fees and expenses and Connecticut Mortgage.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent.

RESPONSE : I am a New York State prisoner incarcerated in a correctional facility.

8. State any special financial circumstances which the court should consider in this application.

RESPONSE : I owed my first wife over $2 million dollars in property settlement and child support since 1999.

9. Even though I was railroad into prison for a non existing United State Constitution, Article III Federal subject matter, immigration fraud, the New York County District Attorney and Supreme Court ordered me to pay restitution for my victimizers as compensation for the time spent in court testifying against me.

10. The New York County District Attorney deliberately created an atmosphere Where a run was made on my firm. Bogus claims, from individuals who were not clients of the firm, demanded legal fees refund. Plaintiff was forced to pay every fraudulent claim, which cost him over $6.5 million dollars. The invoices of every vendor who did business with the firm was paid in full from my personal funds. In view of the fact that there was no malpractice or crime, plaintiff's malpractice insurance could not be used. The policy is current.

11. Plaintiff is medically unassigned in prison. He receive $5.00 each month and an additional $7.80 allowance for legal postage each month from prison officials.

12. Plaintiff's prison trust account statement supports the claim that he does not receive financial support from family because he does not want to impose additional burdens on his wife or family. He refuses to accept handout from "friends": because he does not want to be obligated to anyone.

13. I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

14. Plaintiff's bail was exonerated in 1999 but the New York County District Attorney, State Attorney General and Unified Court system of New York are blocking the revenue of the case in a scheme to obstruct his ability to finance civil litigation regarding payment of fees.

Signed this 16 day of FEB , 2010.

Curtis Van Stuyvesant
Political Prisoner 99-A-4590
Attica Corr. Facility
P.O. Box 149
Attica, N.Y. 14011

5