UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

In re UNITED STATES OF AMERICA
ex rel CURTIS VAN STUYVESANT,

|  |  |
|---|---|
| Petitioner. | Docket No. |
| vs | Petition For An Extraordinary All Writ Act of Mandamus And Prohibition Pursuant to 28 U.S.C 1651 [a] |

Eric Holder, United States Attorney General, John Ashcroft, Alberto Gonzales, and Michael B Mukasey, Former United States Attorney General, Janet Napolitano, Secretary United States Dept. of Home Land Security, Michael Chertoft, Former Sec United States Department of Home Land Security, Robert Muller, III Director Federal Bureau of Investigation ,Valerie Caproni, General Counsel Federal Bureau of Investigation ,
James Duff Director, and William Burchill, Assistant Director/ Counsel, Administrative, Office of The United States Court,  Mary Jo White, and Michael Garcia Former United States Attorney SDNY, Terrence Flynn, Former United States Attorney WDNY,
John Doe, Assistant Director of FBI New York City Field Offices,John Doe, District ICE New York City District Office, District Counsel ICE New York City District Office, Dennise Jacobs, Judge, Robert Katzman, Judge, Robert Sack, Judge, Barrington Parker Jr., Judge, Rosemary Pooler, Judge, John Walker, Judge, Reena Raggi, Judge,
Richard Wesley, Judge, Catherine O'Hagan Wolf, Clerk, Roseann Mackechnie, Former clerk, United States Court of Appeals for The Second Circuit, Lewis Kaplan, USDJ SDNY, Debra Freeman, USMJ SDNY, David Larimer, USDJ WDNY, Natlie Sobchack, SDNY Pro-se Clerk, Charles Carra, Pro-se Clerk WDNY, Lauri Carra, Lori Reid, Rayne Benz, David P. Chapus, Law Clerks, WDNY

Respondents

## I

## JURISDICTION AND VENUE

1. This is a Civil action for the issuance by the court of an extraordinary writ of mandamus and prohibition authorized by 28 USC 161 5(a), to redress the deprivation, under the color of Federal Law of rights secured under the First, Fourth, Fifth, Sixth, Seventh, Eighth and Fourteenth Amendments to the United States Constitution. The

1

Court has Jurisdiction under 28 USC 1331 Petitioner seeks declaratory relief pursuant to 2201 and 2202. Petitioner's claim for injunctive relief are authorized by 28 USC sections 2283, and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

## II

## PETITIONER

2. Petitioner is and was at all times mentioned herein a prisoner of the State of New York in the custody of the New York State Department of Correction Services and the United States Department of Justice and Homeland Security. He is currently confined in Attica Correctional Facility, Exchange Road, P.O. Box 149, Attica New York 14011-0149.

## III

## RESPONDENTS

3. Respondents full Names, Titles and Departments or Agencies, their predecessors and successors in office, agents and employees and all other persons acting in concert and participation with them appear on the caption of the petition, and affirmation in support.

## IV

## FACTS

4. The annexed affirmation in support, and appendices, the Jonah Cancer and Blood Treatment et al civil complaint and Exhibits, the Record on 28 USC 2254, in the United States District Court SDNY, and the United States Court of Appeals. For the Second Circuit, the Record on 28 USC 2241, The Real ID Act, in the Department of Homeland Security, Department of Justice, Executive offices for Immigration Review

New York City, Fishkill NY, Board of Immigration Appeal, Virginia, United States District Court Western District of New York, United States Court of Appeals for the Second Circuit, Administrative office of the United States Court, and Supreme Court of the United States, provides a very detail and comprehensive facts and torture procedural history of the Respondents, their predecessor in office, agents and employees, and all persons acting in concert, insidious, diabolical, pathological and unethical abuse of process, abuse of discretion, malicious, vindictive selective pretextual prosecutions to trigger deportation, persecution, psychological and physical torture, attempted murder, forfeiture and destruction of property, and deprivation of rights protected by the constitution, under the color of United States Law, treaties and Law of Nations.

V

## EXHAUSTION OF LEGAL REMEDIES

5. The justify the granting of any such writ, petitioner is not require to exhaust administrative remedies, but must show that he cannot obtain relief in any other forum or from any other court petitioner has met this burden as the court will see in the annexed affirmation, Appendices and exhibits.

LEGAL CLAIMS

6. Mandamus is Latin for the term "We Command" . In legal terms it refers to a writ issued by a Court ordering another court, individual or organization to perform a particular action.

7. The performance of this action is usually done to correct a prior illegal act or failure to act on the part of a Court individual or organization. A Writ of Mandamus is

3

considered an "extraordinary Writ" This means that it is a Writ of last resort, and Courts do not generally issue them unless the petitioner has no other means available to him to obtain a legal remedy.

8. Petitioner is demanding,

(a) Exercise of his rights under the petition clause of the First Amendment due process and fourteenth amendment equal protection clause for a Seventh amendment right to a Jury trial in the annexed Jonah Cancer and Blood Treatment et al litigation.

(b) The First Amendment petition clause, Fifth Amendment due process, Seventh Amendment right and Fourteenth Amendment rights to have both the Dime Bank Corporation et al and Robert Marganthau et al 18 USC 1961, et Seq Racketeering influence Corrupt Organization Act Civil Complaint adjudicated on the merit and submissions to a Jury in any Federal Court in the nation with the exception of these Courts in New York State.

(c) The granting of United States citizenship by naturalization to be made retroactive too 1990 the year ICE started, For nine straight years to fraudulent concealed nine seprate pre-paid naturalization applications.

(d) The release of all exculpatory or material evidence under the control of ICE, DITS, FBI, U.S Attorney office SDNY, and D.O.J. These evidence are needed to negate the state of New York Eleventh Amendment affirmative defense in the Jonah Cancer and Blood Treatment Pavilion Petitioner must prove that New York state fabricated from a whole cloth a United State Constitution Article iii 8 U.S.C. subject matter, Which was used in a pretextual prosecution to convict illegally and rail road petitioner into state prison. Those material evidence which are the certified immigration files of

4

petitioner's victimless alleged victims, I.C.E, DITS, F.B.I, Us Attorney SDNY and D.O.J. memoranda's is probative and will support the doctrine of ultral vires claim advance by petitioner to default any purported affirmative defense.

(e) In view of the respondents para judging, private judging, unethical conduct, mendacity, abuse of discretion and corruption or obstruction of Justice is responsible for petitioners claims not to be adjudicated on the merit and those misconduct's was deliberately use to trigger P.L.R.A. three strike provisions which they have mendaciously and unethically use in justifying violating petitioner's right to seek redress under the petition clause which is a calculating determination in obstruction of justice.

9. The petition has no plain, adequate or complete remedy law to redress the wrong described in the affirmation in support, complaint , Appendices and exhibits. Petitioner has been and will continue to be irreparably injured by the conduct of the respondents unless the relief which petitioner seeks is granted as the court will see from the WDNY 12/17/09 bipolar orders.

**WHERFORE** petitioner prays that the court grant him all relief to which he maybe entitled in this proceeding.

Curtis Van Stuyvesant
Petitioner Prisoner 99A459X
Attica Correctional Facility
Attica New York 14011-0149

I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on 2 · 16—2010 Date

Signature of petitioners

5